| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:13-mc-01700 |
|---|---|---|---|
| | Feroze Ali Abdullah | | |
| | *versus* | | |
| | Habib Bank Limited | | |

United States District Court
Southern District of Texas
FILED

OCT 15 2013

David J. Bradley, Clerk of Court

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Mumtaz Alvi<br>Counselor-at-Law<br>52 St. John's Place<br>Chappaqua, New York 10514<br>917-273-4664<br>New York State Bar No. 2130714<br>United States District Court, Southern District<br>of New York Bar No. MA8209 |
|---|---|
| Seeks to appear for this party: | Habib Bank Limited |
| Dated:<br>October 10, 2013 | Signed: M. N. Alvi |

| The state bar reports that the applicant's status is: | Registered |
|---|---|
| Dated: 10/16/13 | Clerk's signature: B. m— |

| Order |
|---|

This lawyer is admitted *pro hac vice*.

Dated: 10/18/2013

_____
United States District Judge