IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HABIB BANK LTD., | § |
| | § |
| Petitioner, | § |
| | § |
| VS. | § H-13-MC-1700 |
| | § |
| FEROZE ALI ABDULLAH, | § |
| | § |
| Respondent. | § |

ORDER

Pending before the Court in the above referenced cause, in which Respondent Feroze Ali Abdullah ("Abdullah") seeks to enforce a Foreign Judgment, are Abdullah's motion for default judgment (instrument #5) and motion for judgment under Rule 41 (#10), both based on Plaintiff Habib Bank Ltd.'s alleged failure to file a responsive pleading to his. Also pending is Abdullah's motion to appear *pro se* (#11).

Because Petitioner Habib Bank has appeared and has filed a motion to dismiss (#112), which *inter alia* argues that Abdullah did not effect service or process properly, the Court

ORDERS that Abdullah's motion for default judgment and motion for judgment are DENIED. Because Abdullah does not need the Court's permission to proceed *pro se*, his motion to appear is moot. Plaintiff shall file a timely response to Petitioner's motion to dismiss.

**SIGNED** at Houston, Texas, this 30th day of January, 2014.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE

-1-